CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**
SEP - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JUDICIAL WATCH, INC.　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff　　)　　Case: 1:07-cv-01570
　　　　vs　　　　　　　　　　　)　　Assigned To : Lamberth, Royce C.
BUREAU OF LAND　　　　　　　　)　　Assign. Date : 9/5/2007
MANAGEMENT　　　　　　　　　　)　　Description: FOIA/Privacy Act
　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendant　　)

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __JUDICIAL WATCH, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __JUDICIAL WATCH, INC.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

429716
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

501 School Street, S.W., Suite 500
Address

Washington　　DC　　20024
City　　　　　State　　Zip Code

(202) 646-5172
Phone Number

2