**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
JUDICIAL WATCH, INC.            )
501 School Street, S.W.         )
Suite 500                       )
Washington, D.C. 20024          )
                                )
            Plaintiff,          )
                                )
        v.                      )    Civil Action No. 07-1570(RCL)
                                )
BUREAU OF LAND MANAGEMENT        )
1489 C Street, N.W.             )
Washington, D.C. 20240          )
                                )
            Defendant.          )
                                )
_____)
```

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

Respectfully submitted,

___/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205