IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) Civil Action No. 1:07CV01570 (RCL) | |
| BUREAU OF LAND MANAGEMENT ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

NOTICE IS HEREBY GIVEN that Tamra T. Moore, Trial Attorney, Civil Division, United States Department of Justice, hereby substitutes for Diane M. Sullivan, and enters her appearance on behalf of Defendant Bureau of Land Management in the above-captioned case.

Dated: October 4, 2007

                                                  Respectfully submitted,

                                                  PETER D. KEISLER
                                                 Assistant Attorney General

                                                 JEFFREY A. TAYLOR
                                                 United States Attorney

                                                 ARTHUR R. GOLDBERG
                                                 Assistant Director, Federal Programs Branch

                                                 /s/Tamra T. Moore
                                                 TAMRA T. MOORE
                                                 (D.C. Bar No. 488392)
                                                 Trial Attorney

Federal Programs Branch
United States Department of Justice, Civil Division
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
E-mail: Tamra.Moore@usdoj.gov

Counsel for Defendant