UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JUDICIAL WATCH, INC.** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 07-1570 (RCL) |
| **BUREAU OF LAND MANAGEMENT** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

If defendant expects to file a dispositive motion herein, it shall do so within 10 days of this date.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, October 12, 2007.