IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | Civil Action No. 1:07CV01570 (RCL) |
| BUREAU OF LAND MANAGEMENT ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

Plaintiff, Judicial Watch, Inc. ("Plaintiff"), and Defendant, Bureau of Land Management ("Defendant") (collectively, "the parties"), through their respective undersigned counsel, jointly move this Court for an extension of time from October 22, 2007, to and including November 21, 2007, in which Defendant has to file any dispositive motion in the above-captioned matter, and Plaintiff has to file any opposition thereto. In support of their motion, the parties inform the Court as follows:

1. On September 11, 2007, Plaintiff filed a Complaint for Declaratory and Injunctive Relief under the Freedom of Information Act ("FOIA") against Defendant, and on October 11, 2007, Defendant filed its Answer in response thereto.

2. On October 12, 2007, this Court issued an Order, establishing a briefing schedule for the parties pursuant to which Defendant must file any dispositive motion it intends to file within 10 days of the issuance of the Order, or by Monday, October 22, 2007.

3. On October 15, 2007, Plaintiff's counsel and Defendant's counsel conferred and agreed that they might be able to resolve this case outside of litigation. Accordingly, the parties

respectfully request that this Court grant their motion for extension of time to allow Plaintiff and Defendant the time to explore the cooperative resolution of this matter.

Respectfully submitted,

/s/ Paul J. Orfanedes
PAUL J. ORFANEDES, D.C. Bar No. 429716
JASON B. ALDRICH, D.C. Bar No. 495488
JUDICIAL WATCH, INC.
Suite 500
501 School Street, S.W.
Washington, D.C.  20024
(202) 646-5172
Email: POrfanedes@JudicialWatch.org

Attorneys for Plaintiff


PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

/s/Tamra T. Moore
TAMRA T. MOORE, D.C. Bar No. 488392
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7119
Washington, D.C.  20530
Telephone:  (202) 514-8095
Facsimile: (202) 616-8470
Email: Tamra.Moore@usdoj.gov

Dated: October 17, 2007                Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. 1:07CV01570 (RCL) |
| BUREAU OF LAND MANAGEMENT | ) |
| | ) |
| Defendant. | ) |
| | ) |

**[PARTIES'S PROPOSED]**
**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

Plaintiff, Judicial Watch, Inc., and Defendant, Bureau of Land Management, jointly have moved for an extension of time to extend this Court's October 12, 2007 briefing schedule.

Upon consideration of the parties' joint motion, IT IS HEREBY ORDERED that -

The Joint Motion to Extend Briefing Schedule be, and it hereby is, GRANTED; and

If Defendant expects to file a dispositive motion, it shall do so by November 21, 2007.

Dated: _____, 2007      _____
                                                                              The Honorable Royce C. Lamberth