IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) Civil Action No. 1:07CV01570 (RCL) | |
| BUREAU OF LAND MANAGEMENT ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

Plaintiff, Judicial Watch, Inc. ("Plaintiff"), and Defendant, Bureau of Land Management ("Defendant") (collectively, "the parties"), through their respective undersigned counsel, jointly move this Court for an extension of time from November 21, 2007, to and including January 7, 2008, in which Defendant has to file any dispositive motion in the above-captioned matter, and Plaintiff has to file any opposition thereto.  In support of their motion, the parties inform the Court as follows:

1. On September 11, 2007, Plaintiff filed a Complaint for Declaratory and Injunctive Relief under the Freedom of Information Act ("FOIA") against Defendant, and on October 11, 2007, Defendant filed its Answer in response thereto.

2. On October 12, 2007, this Court issued an Order, establishing a briefing schedule for the parties pursuant to which Defendant must file any dispositive motion it intends to file within 10 days of the issuance of the Order, or by Monday, October 22, 2007.

3. On October 15, 2007, Plaintiff's counsel and Defendant's counsel conferred and agreed to try to resolve this matter outside of litigation.  During that conversation, Plaintiff's

counsel expressed his concern about the adequacy of the search Defendant conducted. In response to these concerns, Defendant's counsel agreed to provide the declarations Defendant intended to file in support of its summary judgment motion. Accordingly, on October 17, 2007, the parties moved for a joint extension of time in order to attempt to resolve this case outside of litigation. On October 19, 2007, this Court granted the parties' motion, giving Defendant until November 21, 2007, to file any dispostive motions.

4.  On October 31, 2007, Defendant's counsel provided Plaintiff's counsel with the declarations Defendant intended to file in support of its summary judgment motion. On November 19, 2007, Plaintiff's counsel emailed Defendant's counsel regarding a few concerns he had about the adequacy of the search Defendant conducted. After these concerns were relayed to Defendant, Defendant has agreed to make a good faith effort to address them.

4.  For these reasons, the parties need additional time in which to explore the cooperative resolution of this matter, and thus, respectfully request that this Court grant their motion for extension of time.

Respectfully submitted,

/s/ Paul J. Orfanedes
PAUL J. ORFANEDES, D.C. Bar No. 429716
JASON B. ALDRICH, D.C. Bar No. 495488
JUDICIAL WATCH, INC.
Suite 500
501 School Street, S.W.
Washington, D.C.  20024
(202) 646-5172
Email: POrfanedes@JudicialWatch.org

Attorneys for Plaintiff

        PETER D. KEISLER
        Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        ELIZABETH SHAPIRO
        Assistant Branch Director

        /s/Tamra T. Moore
        TAMRA T. MOORE, D.C. Bar No. 488392
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W., Room 7119
        Washington, D.C.  20530
        Telephone:  (202) 514-8095
        Facsimile: (202) 616-8470
        Email: Tamra.Moore@usdoj.gov

Dated: November 20, 2007        Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. 1:07CV01570 (RCL) |
| BUREAU OF LAND MANAGEMENT | ) |
| | ) |
| Defendant. | ) |
| | ) |

**[PARTIES' PROPOSED]**
**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

Plaintiff, Judicial Watch, Inc., and Defendant, Bureau of Land Management, jointly have moved for an extension of time to extend this Court's October 19, 2007 Order establishing a revised briefing schedule.

Upon consideration of the parties' joint motion, IT IS HEREBY ORDERED that -

The Joint Motion to Extend Briefing Schedule be, and it hereby is, GRANTED; and

If Defendant expects to file a dispositive motion, it shall do so by January 7, 2008.

Dated: _____, 2007        _____
                                              The Honorable Royce C. Lamberth