UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1570 (RCL) |
| BUREAU OF LAND MANAGEMENT | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Plaintiff, Judicial Watch, Inc., and defendant, Bureau of Land Management, have jointly filed a motion [9] for an extension of time to extend this Court's October 19, 2007 revised briefing schedule.

Upon consideration of the parties' joint motion, it is hereby

ORDERED that the joint motion is GRANTED; it is further

ORDERED that if defendant expects to file a dispositive motion, it shall do so by January 7, 2008.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, November 21, 2007.