IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>  )<br> Plaintiff, )<br>  )<br>v.  )<br>  )<br>BUREAU OF LAND MANAGEMENT, )<br>  )<br> Defendant. )<br>_____) | Civil Action No.: 07-1570 (RCL) |

## STIPULATION OF ENTRY OF JUDGMENT

Plaintiff Judicial Watch, Inc. and Defendant Bureau of Land Management, by and through counsel, hereby stipulate and agree as follows:

1.  Plaintiff served two Freedom of Information Act ("FOIA") requests on Defendant on March 8, 2007.  Defendant has admitted that it did not produce any records responsive to Plaintiff's requests as of September 4, 2007, the day before Plaintiff initiated this lawsuit.

2.  Defendant searched for and, with the exception of a single cell phone numbers withheld pursuant to FOIA Exemption 6, produced to Plaintiff all responsive records it had located on or about September 20, 2007.

3.  Plaintiff has elected not to challenge the scope of Defendant's search for responsive records or Defendant's assertion of FOIA Exemption 6.  Accordingly, entry of judgment in Defendant's favor is appropriate at this time.

4.  Plaintiff reserves the right to seek an award of attorney's fees and litigation expenses pursuant to 5 U.S.C. § 552(a)(4)(E), and Defendant reserves the right to oppose any such request.

SO STIPULATED AND AGREED THIS  7TH DAY OF JANUARY, 2008.

|  |  |
|---|---|
| /s/<br>PAUL J. ORFANEDES<br>D.C. Bar No. 429716<br>JASON B. ALDRICH<br>D.C. Bar No. 495488<br>Judicial Watch, Inc.<br>501 School Street, S.W., Suite 500<br>Washington, DC 20024<br>Tel.:   (202) 646-5172<br>Fax.:  (202) 646-5199<br>Email: porfanedes@judicialwatch.org<br>          jaldrich@judicialwatch.org<br><br>*Attorneys for Plaintiff* | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General<br><br>JEFFREY A.  TAYLOR<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Assistant Branch Director<br><br>/s/<br>TAMRA T. MOORE<br>D.C. Bar No. 488392<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 7119<br>Washington, DC  20530<br>Tel.:   (202) 514-8095<br>Fax.:  (202) 616-8470<br>Email: Tamra.Moore@usdoj.gov<br><br>*Attorneys for Defendant* |

SO ORDERED.

Dated: _____

_____
The Hon. Royce C. Lamberth, U.S.D.J.