IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-1570 (RCL) |
| ) | |
| BUREAU OF LAND MANAGEMENT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## STIPULATION OF ENTRY OF JUDGMENT

Plaintiff Judicial Watch, Inc. and Defendant Bureau of Land Management, by and through counsel, hereby stipulate and agree as follows:

1. Plaintiff served two Freedom of Information Act ("FOIA") requests on Defendant on March 8, 2007. Defendant has admitted that it did not produce any records responsive to Plaintiff's requests as of September 4, 2007, the day before Plaintiff initiated this lawsuit.

2. Defendant searched for and, with the exception of a single cell phone numbers withheld pursuant to FOIA Exemption 6, produced to Plaintiff all responsive records it had located on or about September 20, 2007.

3. Plaintiff has elected not to challenge the scope of Defendant's search for responsive records or Defendant's assertion of FOIA Exemption 6. Accordingly, entry of judgment in Defendant's favor is appropriate at this time.

4. Plaintiff reserves the right to seek an award of attorney's fees and litigation expenses pursuant to 5 U.S.C. § 552(a)(4)(E), and Defendant reserves the right to oppose any such request.

SO STIPULATED AND AGREED THIS 7TH DAY OF JANUARY, 2008.

                                                                           JEFFREY S. BUCHOLTZ  
                                                                           Acting Assistant Attorney General

/s/  
PAUL J. ORFANEDES  
D.C. Bar No. 429716  
JASON B. ALDRICH  
D.C. Bar No. 495488  
Judicial Watch, Inc.  
501 School Street, S.W., Suite 500  
Washington, DC 20024  
Tel.: (202) 646-5172  
Fax.: (202) 646-5199  
Email: porfanedes@judicialwatch.org  
        jaldrich@judicialwatch.org

*Attorneys for Plaintiff*

JEFFREY A. TAYLOR  
United States Attorney

ELIZABETH J. SHAPIRO  
Assistant Branch Director

/s/  
TAMRA T. MOORE  
D.C. Bar No. 488392  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
20 Massachusetts Ave., N.W., Room 7119  
Washington, DC 20530  
Tel.: (202) 514-8095  
Fax.: (202) 616-8470  
Email: Tamra.Moore@usdoj.gov

*Attorneys for Defendant*

SO ORDERED.

Dated: January 7, 2008

                                                                            /s/  
                                                          The Hon. Royce C. Lamberth, U.S.D.J.