IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 07-1570 (RCL) |
| | ) |
| BUREAU OF LAND MANAGEMENT | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that James F. Peterson hereby enters his appearance on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ James F. Peterson
D.C. Bar No. 450171
501 School Street, S.W.
Suite 500
Washington, DC 20024
Tel:  (202) 646-5172
Fax: (202) 646-5199

Attorneys for Plaintiff