IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF LAND MANAGEMENT )<br>)<br>      Defendant. )<br>_____) | Civil Action No.: 07-1570 (RCL) |

**NOTICE**

PLEASE TAKE NOTICE that the proposed order intended to accompany Plaintiff's Verified Motion for an Award of Attorney's Fees and Litigation Expenses (Docket Entry No. 14) was inadvertently omitted from the filing. The proposed order is now attached to this notice.

Dated:  January 24, 2007

Respectfully submitted,

JUDICIAL WATCH, INC.

s/ James F. Peterson
D.C. Bar No. 450171
501 School Street, S.W.
Suite 500
Washington, DC 20024
(202) 646-5172

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-1570 (RCL) |
| | ) | |
| BUREAU OF LAND MANAGEMENT | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

Upon review of Plaintiff's motion for attorney's fees and litigation expenses, and the opposition thereto, and pursuant to 5 U.S.C. § 552(a)(4)(E) and 28 U.S.C. § 1920, it is hereby ORDERED that Plaintiff is awarded a total of $3,605.57 in attorney's fees and litigation expenses in this matter.

Date: _____                         _____
                                              Hon. Royce C. Lamberth, U.S.D.J.

Distribution Via ECF