IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. 1:07CV01570 (RCL) |
| BUREAU OF LAND MANAGEMENT | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT BUREAU OF LAND MANAGEMENT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S VERIFIED MOTION FOR AN AWARD OF ATTORNEY'S FEES AND LITIGATION EXPENSES**

Defendant Bureau of Land Management ("the BLM") hereby moves this Court for an extension of time, to and including February 29, 2008, for Defendant to file its response to Plaintiff's Verified Motion For An Award of Attorney's Fees and Litigation Expenses. In support of this motion, the BLM informs the Court as follows:

1. On September 5, 2007, Plaintiff filed a Complaint against the BLM, alleging that the BLM had violated the Freedom of Information Act ("FOIA"). The BLM filed an answer to Plaintiff's Complaint on October 11, 2007.

2. On January 7, 2008, Plaintiff and Defendant filed a Stipulation of Entry of Judgment, which the court entered on January 8, 2008.

3. On January 22, 2008, Plaintiff filed a Verified Motion For An Award of Attorney's Fees and Litigation Expenses. As set forth in the Local Rule 7(m) Certificate accompanying Plaintiff's motion, counsel for Plaintiff and Defendant conferred regarding the relief requested in Plaintiff's motion on January 22, 2008. Both counsel agreed to confer again at a later date, after Defendant's counsel and the BLM had an opportunity to review the motion

and the verified itemization, to determine whether this matter could be resolved outside of litigation, or whether the BLM would oppose Plaintiff's motion.

    4.    Given that it would take additional time to make this determination, counsel for Plaintiff and Defendant agreed that Defendant would have, with the Court's consent, until and including February 29, 2008, to respond to Plaintiff's motion for attorneys' fees. On January 30, 2008, Plaintiff's counsel informed counsel for the BLM that he consents to the filing of this motion for extension of time.

    5.    For the foregoing reasons, Defendant respectfully requests that this Court grant its Consent Motion For Extension Of Time To Respond to Plaintiff's Verified Motion For An Award Of Attorney's Fees and Litigation Expenses.

//
//
//
//
//
//
//
//

        Respectfully submitted,

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General

        JEFFREY TAYLOR
        United States Attorney

        ELIZABETH J. SHAPIRO
        Assistant Branch Director

        <u>/s/   Tamra T. Moore</u>
        TAMRA T. MOORE, D.C. Bar No. 488392
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W., Room 7119
        Washington, D.C.  20530
        Telephone:  (202) 514-8095
        Facsimile: (202) 616-8470
        Email: Tamra.Moore@usdoj.gov

Dated: January 30, 2008      Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2008, a true and correct copy of the foregoing Defendant Bureau of Land Management's Consent Motion For Extension Of Time To Respond To Plaintiff's Verified Motion for An Award Of Attorney's Fees and Litigation Expenses was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      /s/ Tamra T. Moore
      TAMRA T. MOORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) Civil Action No. 1:07CV01570 (RCL) | |
| BUREAU OF LAND MANAGEMENT ) | |
| ) | |
| Defendant. ) | |
| ) | |

### [PROPOSED] ORDER

For the reasons stated in Defendant Bureau of Land Management's Consent Motion For Extension Of Time To Respond To Plaintiff's Verified Motion For An Award Of Attorney's Fees and Litigation Expenses, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Bureau of Land Management has until and including February 29, 2008, to respond to Plaintiff's Verified Motion For An Award Of Attorney's Fees and Litigation Expenses.

**SO ORDERED.**

Dated: _____        _____
                                                                                          The Honorable Royce C. Lamberth