IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. 1:07CV01570 (RCL) |
| BUREAU OF LAND MANAGEMENT | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

For the reasons stated in Defendant Bureau of Land Management's Consent Motion For Extension Of Time To Respond To Plaintiff's Verified Motion For An Award Of Attorney's Fees and Litigation Expenses, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Bureau of Land Management has until and including February 29, 2008, to respond to Plaintiff's Verified Motion For An Award Of Attorney's Fees and Litigation Expenses.

**SO ORDERED.**


Dated: __January 30, 2008_____     _____/s/_____
                                            The Honorable Royce C. Lamberth