**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-1570 (RCL) |
| | ) | |
| BUREAU OF LAND MANAGEMENT | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, by counsel, respectfully requests an extension of time of one week, through and including <u>March 17, 2008</u>, to submit its reply in support of its attorney's fees and costs in this matter.  Good cause exists to grant this motion:

1.      On February 29, 2008, after being granted a significant extension of time by the Court, Defendant BLM submitted its opposition to the pending motion for attorney's fees in costs.  Plaintiff's reply is due to be filed March 10, 2008.

2.      Due to overlapping deadlines in other matters, in particular, a just completed brief in *Judicial Watch v. Food and Drug Administration*, No. 00-2973 (D.D.C.) (RJL), Plaintiff's counsel has been unexpectedly delayed in preparation of its reply in this matter.

3.      In accordance with Local Rule 7(m), Plaintiff's counsel contacted counsel for Defendant BLM, who graciously agreed to this proposed extension.

4.      No previous extension has been requested for submission of this reply in support of the motion for attorney's fees.  No party will be prejudiced by this motion being granted.

5.      Accordingly, <u>Plaintiff requests an extension of one week, through and including</u>

<u>March 17, 2008, within which to file its reply.</u>

For the above reasons, Plaintiff respectfully requests that the Court grant this motion for

an extension of time.  A proposed order granting the relief requested is included with this motion.


Date: March 7, 2008                                  Respectfully submitted,

                                                     JUDICIAL WATCH, INC.


                                                     <u>/s/ James F. Peterson</u>
                                                     D.C. Bar No. 450171
                                                     501 School Street, S.W.
                                                     Suite 500
                                                     Washington, DC 20024
                                                     Tel:  (202) 646-5172
                                                     Fax: (202) 646-5199

                                                     Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-1570 (RCL) |
| | ) | |
| BUREAU OF LAND MANAGEMENT | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

Upon review of Plaintiff's motion for an enlargement of time to submit its reply in

support of its motion for attorney's fees and litigation expenses through and including March 17,

2008, it is hereby ORDERED that the motion is GRANTED.


Date:  _____                    _____
                                          Hon. Royce C. Lamberth, U.S.D.J.


Distribution Via ECF