UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1570 (RCL) |
| BUREAU OF LAND MANAGEMENT, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon full consideration of plaintiff's Verified Motion for an Award of Attorney's Fees and Litigation Expenses [14], the entire record herein, and the applicable law, it is hereby

ORDERED that plaintiff's motion is GRANTED. It is further hereby

ORDERED that defendant remit to plaintiff the sum of $3,605.57.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on June 27, 2008.