**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. 1:07CV01570 (RCL) |
| BUREAU OF LAND MANAGEMENT | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given this 25th day of August, 2008, that Defendant, Bureau of Land

Management, hereby appeals to the United States Court of Appeals for the District of Columbia

Circuit from the final order granting attorney's fees [23] of this Court entered on the 27th day of

June, 2008.


Dated: August 25, 2008                    Respectfully submitted,

                                          GREGORY G. KATSAS
                                          Assistant Attorney General

                                          JEFFREY TAYLOR
                                          United States Attorney

                                          ELIZABETH J. SHAPIRO
                                          Assistant Branch Director

                                          */s/   Tamra T. Moore*
                                          TAMRA T. MOORE, D.C. Bar No. 488392
                                          Trial Attorney
                                          U.S. Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Avenue, N.W., Room 6134

Washington, D.C.  20530
Telephone:  (202) 514-8095
Facsimile: (202) 616-8470
Email: Tamra.Moore@usdoj.gov

Dated: August 25, 2008                    Attorneys for Defendant

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on this 25th day of August 2008, I caused a copy of the foregoing

Defendant's Notice of Appeal to be filed with the Clerk of the Court via the CM/ECF system,

causing them to be served electronically.  The document is available for viewing and

downloading from the ECF system.

/s/ Tamra T. Moore<br>
Tamra T. Moore