UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. 1:07CV01570 (RCL) |
| BUREAU OF LAND MANAGEMENT | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given this 25th day of August, 2008, that Defendant, Bureau of Land Management, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final order granting attorney's fees [23] of this Court entered on the 27th day of June, 2008.

Dated: August 25, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

 /s/   Tamra T. Moore
TAMRA T. MOORE, D.C. Bar No. 488392
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6134

                                        Washington, D.C.  20530
                                        Telephone:  (202) 514-8095
                                        Facsimile: (202) 616-8470
                                        Email: Tamra.Moore@usdoj.gov

Dated: August 25, 2008                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that, on this 25th day of August 2008, I caused a copy of the foregoing Defendant's Notice of Appeal to be filed with the Clerk of the Court via the CM/ECF system, causing them to be served electronically. The document is available for viewing and downloading from the ECF system.

/s/ Tamra T. Moore
Tamra T. Moore